**[6apfor1a]** [TRANSMITTAL OF WITHDRAWAL TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:17–bk–01326–CCJ |
| | Chapter 7 |
| Claudio Cipeda | |
| | District Court Case No. 6:18-mc-23-Orl-37 |
| _____Debtor(s)_____/ | |
| Arvind Mahendru | |
| Plaintiff(s) | |
| vs. | Adv. Pro. No. 6:18–ap–00007–CCJ |
| Foreign Direct Investment, LLC | |
| _____Defendant(s)_____/ | |

TRANSMITTAL OF WITHDRAWAL OF REFERENCE TO DISTRICT COURT

This is a withdrawal of reference to the District Court pursuant to 28 U.S.C. §157(b)(5) or (d) and Local Rule 5011–1 of a bankruptcy proceeding. The motion for withdrawal of reference was filed on March 6, 2018 .

The party or parties included in the withdrawal of reference to the District Court are:

MOVANT: Foreign Direct Investment, LLC

ATTORNEY: Michael Nardella

      Phone: 407–966–2680

RESPONDANT: Arvind Mahendru

ATTORNEY: Ryan Davis

      Phone: 407–423–4246

ADDITIONAL PARTIES IN INTEREST INCLUDE:
    Charles R. Sterbach, Esquire
    Assistant United States Trustee
    400 W. Washington Street, Suite 1100
    Orlando, Florida 32801
    (407) 648–6301

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8006 are:

1. Motion to Withdraw Reference

2. Memorandum in Support of Motion to Withdraw Reference

3. Copy of the Bankruptcy Docket Sheet

4. Copy of the Adversary Docket Sheet

The debtor's county of residence is Seminole County, Florida.

    DATED on March 22, 2018.

    FOR THE COURT
    Sheryl L. Loesch, Clerk of Court
    George C. Young Federal Courthouse
    400 West Washington Street
    Suite 5100
    Orlando, FL 32801